Hearing Date: "Qevqdgt"47."4233
Hearing Time: "32<52"c0 0
Location: 219 S. Dearborn St., Courtroom "864
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| In re: | § | Ej crvgt"9 |
|---|---|---|
| | § | |
| LAWLESS, DIANE L | § | Case No. 11-04571 |
| | § | |
| Debtor(s) | § | Jqp0Uwucp"Rkgtuqp"Uqpfgtd{ |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ____ of the United States Bankruptcy Code was filed on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                       $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joseph A. Baldi, Trustee_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case 11-04571 Doc 25 Filed 09/19/11 Entered 09/19/11 09:28:23 Desc Main
Document Page 3 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

Case No: 11-04571 SPS Judge: Susan Pierson Sonderby  Trustee Name: Joseph A. Baldi, Trustee
Case Name: LAWLESS, DIANE L  Date Filed (f) or Converted (c): 02/07/11 (f)
 341(a) Meeting Date: 03/21/11
For Period Ending: 08/20/11  Claims Bar Date: 07/19/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at 309 Myrtlewood Drive, Mount | 86,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Marquette Bank 50% interest | 1,250.00 | 0.00 | | 0.00 | FA |
| 3. Savings account with Marquette Bank 50% intereste | 5,000.00 | 4,000.00 | | 4,000.00 | FA |
|     Trustee recovered nonexmept proceeds of bank account | | | | | |
| 4. Miscellaneous used household goods | 700.00 | 0.00 | | 0.00 | FA |
| 5. Personal used clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6. 1999 Jeep Grand Cherokee Milage: 125,000 miles Val | 3,350.00 | 1,200.00 | | 1,200.00 | FA |
| 7. 2003 Ford Excursion Milage: 50,000 miles Valued ac | 8,000.00 | 5,800.00 | | 5,800.00 | FA |
|     vehicle sold net of exemptions to debtor | | | | | |
| 8. 1991 Lowe Suncruiser 20' Pontoon Value according t | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Inheritance from the Estate of Ronald J. Lawless F | 0.00 | 0.00 | | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.32 | Unknown |

 Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values) $106,000.00 $11,000.00  $11,000.32 $0.00
 (Total Dollar Amount in Column 6)

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /  Current Projected Date of Final Report (TFR):  / /

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 11-04571 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | LAWLESS, DIANE L | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6920  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5934 | | | |
| For Period Ending: | 08/20/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/24/11 | 3 | Diane L. Lawless<br>4609 S Emerald Ave.<br>Chicago, IL 60609 | Non-Exempt Savings Account | 4,000.00 | | | | | 4,000.00 |
| 04/22/11 | 6, 7 | Diane L. Lawless<br>4609 S Emerald Ave.<br>Chicago, IL 60609 | SALE PROCEEDS: VEHICLES<br>Sale of equity in vehicles back to Debtor | 7,000.00 | | | | | 11,000.00 |
| 04/29/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | | 0.04 | | | | 11,000.04 |
| 05/31/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | | 0.10 | | | | 11,000.14 |
| 06/30/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | | 0.09 | | | | 11,000.23 |
| 07/29/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | | 0.09 | | | | 11,000.32 |

| Account *******6920 | | Balance Forward | 0.00 | 0 Checks | 0.00 |
| --- | --- | --- | --- | --- | --- |
| | 2 | Deposits | 11,000.00 | 0 Adjustments Out | 0.00 |
| | 4 | Interest Postings | 0.32 | 0 Transfers Out | 0.00 |
| | | Subtotal | $ 11,000.32 | | |
| | | | | Total | $ 0.00 |
| | 0 | Adjustments In | 0.00 | | |
| | 0 | Transfers In | 0.00 | | |
| | | Total | $ 11,000.32 | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 11-04571 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | LAWLESS, DIANE L | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6920 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5934 | | |
| For Period Ending: | 08/20/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: 11-04571 | | Page 1 | | | Date: August 20, 2011 |
| Debtor Name: LAWLESS, DIANE L | | Priority Sequence (No Pay Hold) | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Baldi Berg & Wallace, Ltd.<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $0.00 | $1,142.50 | $1,142.50 |
| 001<br>2100-00 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois  60603 | Administrative | | $0.00 | $1,850.03 | $1,850.03 |
| 000002B<br>058<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $9,172.00 | $9,917.68 | $9,917.68 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $6,092.00 | $6,170.72 | $6,170.72 |
| 000002A<br>070<br>7100-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | | $0.00 | $668.20 | $668.20 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $28,493.00 | $28,493.66 | $28,493.66 |
| 000004<br>070<br>7100-00 | GE Money Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $3,977.00 | $4,321.26 | $4,321.26 |
| 000005<br>070<br>7100-00 | FIA Card Services, NA/Bank of<br>America<br>and MBNA America Bank<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $25,882.00 | $25,882.34 | $25,882.34 |
| 000006<br>070<br>7100-00 | FIA Card Services, NA/Bank of<br>America<br>and MBNA America Bank<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $25,687.00 | $26,132.00 | $26,132.00 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 11-04571 | | Page 2 | | Date: August 20, 2011 |
|---|---|---|---|---|---|
| Debtor Name: | LAWLESS, DIANE L | | Priority Sequence (No Pay Hold) | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $99,303.00 | $104,578.39 | $104,578.39 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-04571
Case Name: LAWLESS, DIANE L
Trustee Name: Joseph A. Baldi, Trustee

Balance on hand                                                                                     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                                                   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Department of the Treasury | $ | $ | $ |

UST Form 101-7-TFR (10/1/2010) *(Page: 8)*

  Total to be paid to priority creditors      $_____

  Remaining Balance      $_____

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002A | Department of the Treasury | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000004 | GE Money Bank | $ | $ | $ |
| 000005 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000006 | FIA Card Services, NA/Bank of America | $ | $ | $ |

  Total to be paid to timely general unsecured creditors    $_____

  Remaining Balance      $_____

  Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

  Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE