Hearing Date:
Hearing Time:
Location: 219 S. Dearborn St., Courtroom
 Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LAWLESS, DIANE L | § | Case No. 11-04571 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

a.m.
on
in Courtroom   , U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth Gardner_____
                                            Clerk of Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
LAWLESS, DIANE L §        Case No. 11-04571
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 11,000.32 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 11,000.32 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,850.03 | $ 0.00 | $ 1,850.03 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 1,142.50 | $ 0.00 | $ 1,142.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,992.53 |
| Remaining Balance | | $ | 8,007.79 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: )*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 9,917.68  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002B | Department of the Treasury | $ 9,917.68 | $ 0.00 | $ 8,007.79 |
| | Total to be paid to priority creditors | | $ | 8,007.79 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 91,668.18  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 6,170.72 | $ 0.00 | $ 0.00 |
| 000002A | Department of the Treasury | $ 668.20 | $ 0.00 | $ 0.00 |
| 000003 | Chase Bank USA, N.A. | $ 28,493.66 | $ 0.00 | $ 0.00 |
| 000004 | GE Money Bank | $ 4,321.26 | $ 0.00 | $ 0.00 |
| 000005 | FIA Card Services, NA/Bank of America | $ 25,882.34 | $ 0.00 | $ 0.00 |
| 000006 | FIA Card Services, NA/Bank of America | $ 26,132.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: )*

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: )*

```
                     United States Bankruptcy Court
                      Northern District of Illinois
```

In re:                                                    Case No. 11-04571-SPS
Diane L Lawless                                           Chapter 7
        Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0752-1         User: dwilliams           Page 1 of 1              Date Rcvd: Sep 21, 2011
                             Form ID: pdf006           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2011.
```
db          +Diane L Lawless,    4609 S Emerald,   Apt 1,    Chicago, IL 60609-4413
aty         +Baldi Berg & Wallace, Ltd,   19 S LaSalle St.,,    Suite 1500,   Chicago, IL 60603-1413
aty         +David Gallagher,    Legal Helpers/Macey and Aleman,    233 S. Wacker,   Suite 5150,
              Chicago, IL 60606-6371
aty         +Joseph A Baldi,   Baldi Berg & Wallace, Ltd.,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
tr          +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
16779661    +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
17251159     Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
16779662    +Citibank Usa,   Attn.: Centralized Bankruptcy,    Po Box 20363,   Kansas City, MO 64195-0363
16779664     Department of the Treasury,    Internal Revenue Service,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
16779665    +Michael D Fine,   131 S Dearborn St,    Floor 5,   Chicago, IL 60603-5571
16779666    +Rnb-fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
16779667    +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16779657     E-mail/Text: bankruptcy@arvest.com Sep 22 2011 10:18:36     Arvest Bank,   P.O. Box 1095,
              Lowell, AR 72745
16779658    +E-mail/Text: bankruptcy@arvest.com Sep 22 2011 10:18:36     Arvest Mortgage,   Po Box 799,
              Lowell, AR 72745-0799
16779660    +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2011 10:31:12     Carecr/gemb,   Attn: Bankruptcy,
              Po Box 103104,   Roswell, GA 30076-9104
17176664     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 22 2011 10:41:11     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
16779663    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 22 2011 10:41:11     Discover Fin,
              Attention: Bankruptcy Department,    Po Box 6103,   Carol Stream, IL 60197-6103
17556543     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2011 10:31:12
              FIA Card Services, NA/Bank of America,    and MBNA America Bank,
              by American InfoSource LP as its agent,    PO Box 248809,   Oklahoma City, OK  73124-8809
17498556     E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2011 10:31:12     GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
              Chicago, IL 60603-1413
16779659   ##+Bank Of America,    Po Box 17054,   Wilmington, DE 19850-7054
                                                                                    TOTALS: 0, * 1, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2011**                         **Signature:** _/s/ Joseph Speetjens_