UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
LAWLESS, DIANE L § Case No. 11-04571
 §
        Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Joseph A. Baldi, Trustee_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arvest Bank P.O. Box 1095 Lowell, AR 72745 | | | | | |
| | Arvest Mortgage Po Box 799 Lowell, AR 72745 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002B | DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Michael D Fine 131 S Dearborn St Floor 5 Chicago, IL 60603 | | | | | |
| | Rnb-fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Sears/cbsd Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002A | DEPARTMENT OF THE TREASURY | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000004 | GE MONEY BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-04571 SPS Judge: Susan Pierson Sonderby | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: | LAWLESS, DIANE L | Date Filed (f) or Converted (c): 02/07/11 (f) |
| | | 341(a) Meeting Date: 03/21/11 |
| For Period Ending: 12/12/11 | | Claims Bar Date: 07/19/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at 309 Myrtlewood Drive, Mount | 86,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Marquette Bank 50% interest | 1,250.00 | 0.00 | | 0.00 | FA |
| 3. Savings account with Marquette Bank 50% intereste | 5,000.00 | 4,000.00 | | 4,000.00 | FA |
|     Trustee recovered nonexmept proceeds of bank account | | | | | |
| 4. Miscellaneous used household goods | 700.00 | 0.00 | | 0.00 | FA |
| 5. Personal used clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6. 1999 Jeep Grand Cherokee Milage: 125,000 miles Val | 3,350.00 | 1,200.00 | | 1,200.00 | FA |
| 7. 2003 Ford Excursion Milage: 50,000 miles Valued ac | 8,000.00 | 5,800.00 | | 5,800.00 | FA |
|     vehicle sold net of exemptions to debtor | | | | | |
| 8. 1991 Lowe Suncruiser 20' Pontoon Value according t | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Inheritance from the Estate of Ronald J. Lawless F | 0.00 | 0.00 | | 0.00 | FA |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.59 | Unknown |

| | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $106,000.00 | $11,000.00 | $11,000.59 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold interest in cars per Court order; TFR filed; final hearing held 10/26/11; final distribution made

Initial Projected Date of Final Report (TFR): / /     Current Projected Date of Final Report (TFR): / /

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Ver: 16.04e

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-04571 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | LAWLESS, DIANE L | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6920  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******5934 | | | |
| For Period Ending: | 12/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/24/11 | 3 | Diane L. Lawless 4609 S Emerald Ave. Chicago, IL 60609 | Non-Exempt Savings Account | 4,000.00 | | | | | 4,000.00 |
| 04/22/11 | 6, 7 | Diane L. Lawless 4609 S Emerald Ave. Chicago, IL 60609 | SALE PROCEEDS: VEHICLES Sale of equity in vehicles back to Debtor | 7,000.00 | | | | | 11,000.00 |
| 04/29/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | | 0.04 | | | | 11,000.04 |
| 05/31/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | | 0.10 | | | | 11,000.14 |
| 06/30/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | | 0.09 | | | | 11,000.23 |
| 07/29/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | | 0.09 | | | | 11,000.32 |
| 08/31/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | | 0.10 | | | | 11,000.42 |
| 09/30/11 | 10 | Bank of America, N.A. | Interest Rate  0.010 | | 0.09 | | | | 11,000.51 |
| 10/26/11 | 10 | Bank of America, N.A. | INTEREST REC'D FROM BANK | | 0.08 | | | | 11,000.59 |
| 10/26/11 | | Transfer to Acct #*******7356 | Final Posting Transfer For Final Distribution | | | | | -11,000.59 | 0.00 |

| Account *******6920 | Balance Forward | 0.00 | | 0 Checks | 0.00 |
|---|---|---|---|---|---|
| 2 Deposits | | 11,000.00 | | 0 Adjustments Out | 0.00 |
| 7 Interest Postings | | 0.59 | | 1 Transfers Out | 11,000.59 |
| Subtotal | $ | 11,000.59 | | Total | $ 11,000.59 |
| 0 Adjustments In | | 0.00 | | | |
| 0 Transfers In | | 0.00 | | | |
| Total | $ | 11,000.59 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 8)

Ver: 16.04e

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-04571 -SPS | | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | LAWLESS, DIANE L | | | Bank Name: | Bank of America, N.A. |
| | | | | Account Number / CD #: | *******7356 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5934 | | | | |
| For Period Ending: | 12/12/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 10/26/11 | | Transfer from Acct #*******6920 | Transfer In From MMA Account For Final Distribution | | | | | 11,000.59 | 11,000.59 |
| 11/01/11 | 001001 | Baldi Berg & Wallace, Ltd. 19 S. LaSalle St. Suite 1500 Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | | | 1,142.50 | | | 9,858.09 |
| 11/01/11 | 001002 | JOSEPH A. BALDI, as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois 60603 | Trustee Compensation | | | 1,850.03 | | | 8,008.06 |
| 11/01/11 | 001003 | Department of the Treasury Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Claim 000002B, Payment 80.75% | | | 8,008.06 | | | 0.00 |

| Account *******7356 | Balance Forward | 0.00 | | |
|---|---|---|---|---|
| | 0 Deposits | 0.00 | 3 Checks | 11,000.59 |
| | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | |
| | | | Total | $ 11,000.59 |
| | 0 Adjustments In | 0.00 | | |
| | 1 Transfers In | 11,000.59 | | |
| | Total | $ 11,000.59 | | |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-04571 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | LAWLESS, DIANE L | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******7356  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5934 | | | |
| For Period Ending: | 12/12/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Report Totals | Balance Forward | 0.00 | |
| | 2 Deposits | 11,000.00 | 3 Checks | 11,000.59 |
| | 7 Interest Postings | 0.59 | 0 Adjustments Out | 0.00 |
| | | | 1 Transfers Out | 11,000.59 |
| | Subtotal | $ 11,000.59 | | |
| | | | Total | $ 22,001.18 |
| | 0 Adjustments In | 0.00 | | |
| | 1 Transfers In | 11,000.59 | | |
| | Total | $ 22,001.18 | Net Total Balance | $ 0.00 |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) (Page: 10)

Ver: 16.04e